**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7076**

_____

MARSHALL LEE MITCHELL,

Plaintiff - Appellant,

v.

MILDRED RIVERA, Warden; SEAN ASHLINE, FS Adm; DOCTOR   REED;
DOCTOR   ENEJE; NURSE RAINWATER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Timothy M. Cain, District Judge.
(4:13-cv-01949-TMC)

_____

Submitted:  December 18, 2014        Decided:  December 24, 2014

_____

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marshall  Lee  Mitchell,  Appellant  Pro  Se.    Barbara  Murcier
Bowens,  Assistant  United  States  Attorney,  Columbia,  South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall Lee Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] Mitchell v. Rivera, No. 4:13-cv-01949-TMC (D.S.C. July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We grant Mitchell's motion for leave to supplement his informal brief, and we accept his attached supplement and supplemental authorities. We deny as moot Mitchell's motion to extend the time to reply to Appellees' responsive pleadings because no such pleadings have been filed.